IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURIE ARNDT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-5586** |
| v. | : | |
| | : | |
| **WELLS FARGO BANK, N.A.,** | : | |
| **MORTGAGE CONTRACTING** | : | |
| **AND SERVICES a/k/a** | : | |
| **MORTGAGE CONTRACTING** | : | |
| **SERVICES LLC,** | : | |
| **Defendants.** | : | |

## Order

This 20th day of May, 2015, for the reasons stated in my accompanying memorandum opinion, the respective Motions to Dismiss filed by Defendants Wells Fargo and MCS are **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendants' Motions to Dismiss Count IV of Plaintiff's Complaint (Invasion of Privacy – Intrusion Upon Seclusion) are **GRANTED WITHOUT PREJUDICE**;

2. Defendants' Motions to Dismiss Count V of Plaintiff's Complaint (Intentional Infliction of Emotional Distress) are **GRANTED WITH PREJUDICE**;

3. Defendants' Motions to Dismiss Count VI of Plaintiff's Complaint (Negligent Infliction of Emotional Distress) are **GRANTED WITHOUT PREJUDICE**; and

4. Defendants' Motions to Dismiss Plaintiff's request for punitive damages are **DENIED** without prejudice to Defendants to reassert their arguments at summary judgment**.**

5. Plaintiff may amend her Complaint without leave of Court within **21 days** of the entry of this Order.

      /s/ Gerald Austin McHugh
United States District Court Judge